IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Laura Borello, | : | |
| Plaintiff | : | Civil Action 2:12-cv-216 |
| v. | : | Judge Marbley |
| Sigvaris, Inc., *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

**ORDER GRANTING LEAVE TO SERVE AS TRIAL COUNSEL**

The oral motion of Douglas H. Duerr for leave to serve as trial counsel in this matter, made at the July 16, 2012 preliminary pretrial conference, is **GRANTED**. Notwithstanding his admission to this court *pro hac vice*, Mr. Duerr is granted leave to serve for all purposes as trial counsel for Defendants.

s/Mark R. Abel
United States Magistrate Judge